UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| FRANCISCO SANDOVAL-NOYOLA, | ) | |
| Petitioner | ) | |
| vs. | ) | CAUSE NO. 3:05-CV-223 RM |
| | ) | (Arising out of 3:03-CR-107(01)) |
| UNITED STATES OF AMERICA, | ) | |
| Respondent | ) | |

OPINION and ORDER

On April 25, 2005, the court denied Francisco Sandoval-Noyola's petition filed pursuant to 28 U.S.C. § 2255 based on Mr. Sandoval-Noyola's waiver, in his plea agreement, of his right to appeal and to file a habeas petition. Mr. Sandoval-Noyola is now before the court asking that a certificate of appealability be issued.

Issuance of a certificate of appealability requires the court to find that Mr. Sandoval-Noyola has made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). He has not done so. In his plea agreement, Mr. Sandoval-Noyola waived his right to file a petition under § 2255, and he hasn't alleged or advanced any claims relating to the negotiation of his plea agreement. See Jones v. United States, 167 F.3d 1142, 1145 (7th Cir. 1999) ("[T]he right to mount a collateral attack pursuant to § 2255 survives only with respect to those discrete claims which relate directly to the negotiation of the waiver."). Accordingly, his request for a certificate of appealability [docket # 4] is DENIED.

SO ORDERED.

    ENTERED:  <u>July 11, 2005</u>


                         <u>/s/ Robert L. Miller, Jr.</u>
                         Chief Judge
                         United States District Court

cc:   F. Sandoval-Noyola
      AUSA Brook